UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: )

The Local Gym, LLC,

Debtor.                                                  No. 23-41899-BEM

)                           **Chapter 11**

**NOTICE OF DEBTOR'S MOTION TO DISMISS CASE**

:

**PLEASE TAKE NOTICE**: that the debtor has filed the attached Motion to Dismiss this Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE**   that the Court will hold a hearing on the Motion at Courtroom **342, US Courthouse, 600 East First St., Rome, GA 30161 at 9:25 AM on October 16, 2024,** which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov or the link on the judge's webpage which can also be found on the Court's website. Please also review the Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to attend the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings.. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response with the Bankruptcy clerk, at the address below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver you response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, US Bankruptcy Court, Suite 1340, 75 Ted Turner Dr., SW,

Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: September 19, 2024          /s Michael Familetti
Michael Familetti
Counsel for Debtor
142 S. Park Sq. Marietta, GA 30060
770-794-8005
Georgia bar number 254941

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME    DIVISION

IN RE:                                )

The Local Gym, LLC,                                No. 23-41899-BEM

    Debtor.
                                  )                        Chapter 11

                                    )

## DEBTOR'S MOTION TO DISMISS CASE

COMES NOW The Local Gym, LLC, and pursuant to 11 USC Secs. 1112(b), respectfully moves this Court for dismissal of this Chapter 11 case, and in support thereof, shows as follows:

1.

On December 22, 2023 the debtor filed its Chapter 11 petition, and pursuant to Sec. 1107 has been operating as a debtor in possession. This Court has jurisdiction over this matter pursuant to 28 USC Secs. 157 and 1334. Venue is proper here pursuant to 28 USC Secs. 1408 and 1409.

2.

This case was filed as a Small Business Chapter 11, and therefore the debtor's Plan of Reorganization is due not later than 300 days from the date of the Order for Relief. See

11 USC Sec. 1121(e)(2). Since the case was filed December 22, 2023, the Plan and Disclosure Statement is due October 17, 2024.

3.

Debtor does not have the revenue and net income to file a confirmable Plan of Reorganizaton, and the trend is increasingly negative. Debtor has also been unable to maintain its space lease, due to the high rent (approximately 50% of gross receipts as per July MOR). During the pendency of this case the property owner and other secured creditors have filed at least four (4) motions for stay relief, due to debtor's inability to maintain currency on its space and equipment leases. (See Docs. 42, 54, 67 and 71.)

4.

Debtor further does not have the ability to include all creditors in any proposed Plan, two of which have large secured claims (Kapitus and Everest Business Funding). During the pendency of this case, debtor's revenues either stagnated or decreased, while labor expenses increased (due partly to illness of owner). Other factors include a competing gym recently opening nearby, and a recent wave of bad online reviews.

5.

Dismissal, rather than conversion, is in the best interests of the creditors and the estate due to the lack of assets owned by the debtor. The gym equipment is rented, as is the commercial space, and there are no assets to liquidate. Their accounts receivable are subject to multiple security interests and/or purchase rights. See 11 U.S.C. Sec. 1112(b).

WHEREFORE, debtor respectfully requests that prays that this Court:

a) issue an Order dismissing the case; and

b) Grant such other relief as is just and appropriate. .

Respectfully submitted,

_____/s/_____
Michael Familettii
Attorney for Debtor
142 S. Park Square.
Marietta, GA 30060
(770) 794-8005      GA Bar no. 254941

## Certificate of Service

I hereby certify that on the 20th day of September, 2024, I electronically filed the foregoing **Debtor's Motion to Dismiss and Notice of Assignment of Hearing** with the Court using the ECF system which will automatically send an email notification of such filing to the parties and attorneys of record. I have also this day caused a copy of the pleadings to be placed in 1st class mail, USPS, postage prepaid, addressed to the following recipients not participating it the ECF system as follows:

September 20, 2024                             /s/
                                            Michael Familetti

To:

Justin Bounds, Esq. to jbounds@carltonfields.com
Scott McMahan. Esq. to scott@poolehuffman.com
lindsey.p.kolba@usdoj.gov

and

The Local Gym, LLC
2543 Cedarcrest Rd.
Suite 405
Acworth, GA 30101

Georgia Dept of Revenue
1800 Century Blvd. 9100
Atlanta, GA 30345

Office of US Trustee
75 Ted Turner Drive
Suite 362
Atlanta, GA 30303

EBF Holdings – attn:Michael Davis, Esq.
915 Wilshire Blvd. 1950
Los angeles, CA 90017

**AND ALL PARTIES ON ATTACHED SHEET**

```
Label Matrix for local noticing         Barmel Holdings                         Barmel Holdings
113E-4                                  1192 Park Avenue                        5687 Brookstone Walk
Case 23-41899-bem                       Suite 1B                                Suite 1B
Northern District of Georgia            New York, NY 10128-1314                 Acworth, GA 30101-4582
Rome
Thu Jan 25 11:48:16 EST 2024

Barmel Holdings, LLC                    Bryan Wetzel                            Cole McCrater
3562 Habersham at Northlake             242 Fairwood Dr.                        160 Fitzroy Lane
Building J, Suite 200                   Dallas, GA 30157-4646                   Acworth, GA 30101-1953
Tucker, GA 30084-4015


Everset Business                        Michael C. Familetti                    (p)GEORGIA DEPARTMENT OF REVENUE
402 W. 38th St.                         Familetti Law                           COMPLIANCE DIVISION
New York, NY 10018-3613                 142 S. Park Square                      ARCS BANKRUPTCY
                                        Marietta, GA 30060-8616                 1800 CENTURY BLVD NE SUITE 9100
                                                                                ATLANTA GA 30345-3202

Internal Revenue Service                James Drummond                          Jordan Aldridge
P. O. Box 7346                          76 Laurel Branch                        192 Anderson St.
Philadelphia, PA 19101-7346             Dallas, GA 30132                        Suite 125
                                                                                Marietta, GA 30060-1930


Lindsay P. S. Kolba                     Scott B. McMahan                        Naiara Drummond
Office of the U.S. Trustee              Poole Huffman, LLC                      76 Laurel Branch Court
Suite 362                               Building J, Suite 200                   Dallas, GA 30132
75 Ted Turner Drive, S.W.               3562 Habersham at Northlake
Atlanta, GA 30303-3330                  Tucker, GA 30084-4015


Secretary of the Treasury               The Acorn Group                         The Local Gym, LLC
15th & Pennsylvania Avenue, NW          445 E. Valley Rd. NE                    2543 Cedarcrest Rd.
Washington, DC 20200                    Rydal, GA 30171-1651                    Suite 405Acworth
                                                                                Acworth, GA 30101-8887


Todd Poole, Esq.                        U. S. Securities and Exchange Commission UNITED LEASING, INC c/o Weltman, Weinberg,
3562 Habersham at Northlake             Office of Reorganization                and Reis Co., L.P.A.
Suite 200                               Suite 900                               965 Keynote Circle
Tucker, GA 30084-4015                   950 East Paces Ferry Road, NE           Cleveland, OH 44131-1829
                                        Atlanta, GA 30326-1382


United Leasing, Inc.                    (p)UNITED LEASING INC                   United States Trustee
c/o Scott D. Fink                       ATTN TAMMI DANT                         362 Richard Russell Federal Building
965 Keynote Circle                      3700 E MORGAN AVENUE                    75 Ted Turner Drive, SW
Brooklyn Heights, OH 44131-1829         EVANSVILLE IN 47715-2240                Atlanta, GA 30303-3315
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
GEORGIA DEPARTMENT OF REVENUE           (d)Georgia Dept of Revenue              United Leasing, Inc.
COMPLIANCE DIVISION, ARCS - BANKRUPTCY  1800 Century Blvd.                      3700 Morgan Avenue
1800 CENTURY BLVD NE, SUITE 9100        Atlanta, GA 30345                       Evansville, IN 47715
ATLANTA GA 30345-3205
```