**IT IS ORDERED as set forth below:**

**Date: October 18, 2024**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME        DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **The Local Gym, LLC** | | **No. 23-41899-BEM** |
| **Debtor.** | ) | **Chapter 11** |

### ORDER DISMISSING CASE

THIS MATTER having come before this Court upon the Motion of Debtor to dismiss this case, pursuant to 11 U.S.C. Sec. 1112(b) [Doc. 73], and debtor's counsel having certified that the Motion was served upon all requisite creditors and parties in

interest, and the matter having come on for hearing on October 16, 2024, and no creditors nor parties in interest appeared in opposition to the Motion, accordingly, the debtor's Motion is **GRANTED**, and

it is **ORDERED** that this case is hereby **DISMISSED.**

## END OF ORDER

Prepared by:  /s/
Michael Familetti, Esq.
For the debtor
142 S. Park Square
Marietta, GA 30060
770-794-8005
Georgia bar number 254941

## Distribution list

Michael Familetti
142 S. Park Square
Marietta, GA 30060

Lindsay Kolba
Office of US Trustee
75 Ted Turner Dr.
Suite 362
Atlanta, GA 30303

The Local Gym, LLC
2543 Cedarcrest Rd.
Suite 405
Acworth, GA 30101

**And to all creditors and parties in interest**